PINNFUND U.S.A. *v.* THOMAS M. KILLACKEY ET AL.

The named defendant's petition for certification for appeal from the Appellate Court (AC 22554) is dismissed.

*Thomas M. Killackey*, pro se, in support of the petition.

Decided June 5, 2002

MOHINDER P. CHADHA *v.* CHARLOTTE HUNGERFORD HOSPITAL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 22704) is denied.

*Mohinder P. Chadha*, pro se, in support of the petition.

*Jeffrey R. Babbin* and *Bethany L. Appleby*, in opposition.

Decided June 5, 2002

PAUL A. ESTEVA *v.* NANCY E. ESTEVA*

The defendant's petition for certification for appeal from the Appellate Court (AC 22741) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss this appeal on the ground of late filing?"

The Supreme Court docket number is SC 16780.

*Daniel J. Krisch* and *Kenneth J. Bartschi*, in support of the petition.

*Lori Welch-Rubin*, in opposition.

Decided June 5, 2002

*The appeal was withdrawn September 25, 2002.